IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION § § § Plaintiff, § § VS. § JERRY ZIMMERMAN AND ALL OTHER § OCCUPANTS § § Defendants. § | NO. 3-10-CV-1141-N |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated June 10, 2010, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

**SIGNED July 6, 2010**.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE